IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
No. 7:17-CV-198-BO

| | |
|---|---|
| BENJAMIN JOSEPH STATON, JR., ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | **ORDER** |
| ) | |
| NANCY A. BERRYHILL, *Acting Commissioner* ) | |
| *of Social Security*, ) | |
| ) | |
| Defendant. ) | |

This cause comes before the Court following its January 22, 2018 order. [DE 5]. In that order, this Court adopted Magistrate Judge Jones' memorandum and recommendation ("M&R") recommending that plaintiff's motion to proceed *in forma pauperis* be denied. The Court found that plaintiff had sufficient income to pay the required court costs. Plaintiff was granted fourteen days to remit payment.

Plaintiff never did so, and the deadline has long since passed. Accordingly, plaintiff's case is DISMISSED WITHOUT PREJUDICE for failing to comply with this Court's order and pay the required fee.

SO ORDERED, this ___ day of May, 2018.

TERRENCE W. BOYLE
UNITED STATES DISTRICT JUDGE